IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| BENITO O. CARRANZA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CON-WAY INCORP., et al.,<br><br>    Defendants. | No. CIV 10-412-TUC-CKJ<br><br>**ORDER** |

On October 29, 2010, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation in which she recommended that Defendant's Motion to Dismiss or Transfer Venue (Doc. 3) be granted in part and denied in part. Pursuant to 28 U.S.C. § 636, the parties had fourteen days to serve and file any written objections to the Report and Recommendation.[1] The parties have not filed any timely objections.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 18) is ADOPTED.

2. The Motion to Dismiss (Doc. 3) is DENIED and the Motion to Transfer Venue (Doc. 3) is GRANTED.

3. This case is transferred to the Phoenix Division.

---

[1] An additional three days is added for electronic service. *See* Fed.R.Civ.P. 6(d); Fed.R.Civ.P. 5(b)(2)(E).

4. The Clerk of the Court shall assign a new case number and shall notify the parties accordingly.

DATED this 17th day of November, 2010.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge

- 2 -